## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JOSEPH A. LAROSKI, JR., JUDGE

| | |
|---|---|
| THE UNITED STATES, ) | |
| Plaintiff, ) | |
| v. ) | Court No. 24-00043 |
| RAGO TIRES, LLC, ) | |
| Defendant, ) | |

## **ENTRY OF DEFAULT**

Defendant, Rago Tires, LLC., has failed to plead or otherwise respond to plaintiff's complaint by motion within the time allowed by law in this action to enforce collection of civil penalties and duties pursuant to 19 U.S.C. § 1592. Upon application of the plaintiff, and in light of the proof of service of the summons and complaint previously filed, it is hereby

ORDERED, that default is entered against defendant, Rago Tires, LLC.

Clerk, U.S. Court of International Trade

Dated:_____          By: _____
                                                  Deputy Clerk

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JOSEPH A. LAROSKI, JR., JUDGE

|  |  |
|---|---|
| THE UNITED STATES, ) | |
| Plaintiff, ) | |
| v. ) | Court No. 24-00043 |
| RAGO TIRES, LLC, ) | |
| Defendant, ) | |

## REQUEST FOR ENTRY OF DEFAULT

Pursuant to Rule 55(a) of the Rules of the United States Court of International Trade, plaintiff, the United States, respectfully requests that the Clerk enter default against defendant, Rago Tires, LLC. (Rago Tires).

On February 14, 2024, the United States filed the complaint in this action (ECF No. 2). On August 18, 2024, following the Court's order permitting service by mail and publication (ECF No. 7), the United States effectuated service of the summons and complaint upon Rago Tires's principal and registered agent, Mr. Rafael Barajas, by mail and publication in the *Los Angeles Times* (ECF No. 9).

Pursuant to Rule 12(a)(1)(B), service upon Rago Tires's registered agent triggered the obligation to answer or otherwise respond to the complaint no later than September 9, 2024. Rule 55(a) provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as prescribed by these rules . . . , the clerk shall

enter the party's default." Because Rago Tires has failed to answer the complaint or otherwise defend in this action, default should be entered.

For these reasons, we respectfully request the Clerk of the Court to enter the default of defendant, Rago Tires, LLC.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
|  | PATRICIA M. McCARTHY<br>Director |
|  | /s/ Franklin E. White, Jr.<br>FRANKLIN E. WHITE, JR.<br>Assistant Director |
|  | /s/ Christopher A. Berridge<br>Christopher A. Berridge<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 598-7392 |
| December 9, 2024 | Attorneys for Plaintiff |